**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
David W. Williams, State Bar No. 022764
dwilliams@davismiles.com

Mark W. Peters (motion for admission *pro hac vice* forthcoming)
T. Connor Dugosh (motion for admission *pro hac vice* forthcoming)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
(615) 244-6804 (facsimile)
mark.peters@wallerlaw.com
connor.dugosh@wallerlaw.com

*Attorneys for Defendants*
*Sonora Behavioral Health Hospital, LLC*
*and Michael Tacke*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MINDY STRINGER,<br><br>    Plaintiff,<br><br>vs.<br><br>SONORA BEHAVIORAL HEALTH HOSPITAL, LLC, MICHAEL TACKE and JOHN/JANE DOE TACKE,<br><br>    Defendants. | **CASE NO. _____**<br><br>**DEFENDANTS SONORA BEHAVIORAL HEALTH HOSPITAL, LLC'S AND MICHAEL TACKE'S NOTICE OF REMOVAL** |

4824-9436-3835.1

1

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendants Sonora Behavioral Health Hospital, LLC ("Sonora") and Michael Tacke ("Mr. Tacke") hereby remove the case styled *Stringer v. Sonora Behavioral Health Hospital, LLC et al.*, Case No. C20201353, filed in the Pima County Superior Court, Arizona to the United States District Court for the District of Arizona.  As grounds for removal, Sonora and Mr. Tacke state the following.

**I.   NATURE OF THE CASE**

Plaintiff claims that Sonora discriminated against her on the basis of her sex and subjected her to a hostile work environment, each in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Arizona Civil Rights Act ("ACRA").   Plaintiff further claims that Sonora and Defendants Michael Tacke and John/Jane Doe Tacke made defamatory statements concerning Plaintiff in violation of Arizona state law.

**II.   BASIS FOR REMOVAL — FEDERAL QUESTION JURISDICTION**

Plaintiff asserts federal claims over which this Court has original jurisdiction under 28 U.S.C. § 1331.  Thus, this action is being removed pursuant to 28 U.S.C. § 1441(a) on the basis of federal question jurisdiction.

**III.   SUPPLEMENTAL JURISDICTION**

To the extent Plaintiff asserts sex discrimination and defamation claims in violation of Arizona state law, this Court has supplemental jurisdiction over Plaintiff's state law claims because they arise out of the same operative facts as Plaintiff's federal claim and thus "form part of the same case or controversy under Article III of the United States Constitution."  28 U.S.C. § 1367(a).

**IV.   VENUE**

Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the District of Arizona because, according to Plaintiff's Complaint, the events that give rise to this lawsuit occurred in Arizona.

4824-9436-3835.1

## V. REMOVAL IS TIMELY

Plaintiff commenced this action in the Superior Court of Pima County, Arizona by filing the Complaint on or around April 29, 2020. Sonora was served with a copy of the Complaint on April 30, 2020. Mr. Tacke was served with a copy of the Complaint on May 13, 2020. John/Jane Doe Tacke has not been served.

## VI. CONSENT OF CO-DEFENDANT(S)

Pursuant to 28 U.S.C. § 1446(b)(2)(A), all properly named and served defendants to this action consent to its removal to the U.S. District Court for the District of Arizona.

## VII. NOTICE TO THE STATE COURT

Sonora and Mr. Tacke filed with the Superior Court of Pima County, Arizona, a Notice of Removed Action simultaneously with/or immediately after the filing of this Notice of Removal, which is attached hereto as Exhibit A.

## VIII. STATE COURT PLEADINGS PROVIDED

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in this case are contained in Exhibit B.

WHEREFORE, PREMISES CONSIDERED, Sonora and Mr. Tacke respectfully request that this Notice of Removal of Action be filed and that the civil action pending in the Superior Court of Pima County, Arizona with Case No. C20201353 be removed to and proceed in this Court; that no further proceedings be had in the Superior Court of Pima County, Arizona; and for any further relief, both at law or in equity, to which Defendants shall show themselves justly entitled.

4824-9436-3835.1

Dated this 28th day of May, 2020.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

/s/David W. Williams
David W. Williams
40 East Rio Salado Parkway, Ste. 425
Tempe, AZ 85281

**WALLER LANSDEN DORTCH & DAVIS, LLP**

Mark W. Peters (*pro hac vice* application forthcoming)
T. Connor Dugosh (*pro hac vice* application forthcoming)
511 Union Street, Suite 2700
Nashville, TN 37219
615-244-6380
mark.peters@wallerlaw.com
connor.dugosh@wallerlaw.com

*Attorneys for Defendants Sonora Behavioral Health Hospital, LLC and Michael Tacke*

4824-9436-3835.1

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2020, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and mailed a copy of the foregoing document via U.S. Mail to:

Roberto C. Garcia
David Tangren
Farhang & Medcoff
4801 East Broadway Blvd, Suite 311
Tucson, AZ 85711
rgarcia@farhangmedcoff.com
dtangren@farhangmedcoff.com

/s/Stephanie DeBuhr

4824-9436-3835.1