**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
David W. Williams, State Bar No. 022764
dwilliams@davismiles.com

*Attorney for Defendants*
*Sonora Behavioral Health Hospital, LLC*
*and Michael Tacke*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **MINDY STRINGER,** | **CASE NO. 4:20-cv-00231-JGZ** |
| **Plaintiff,** | |
| vs. | **JOINT SETTLEMENT STATUS REPORT** |
| **SONORA BEHAVIORAL HEALTH HOSPITAL, LLC, MICHAEL TACKE and JOHN/JANE DOE TACKE,** | |
| **Defendants.** | |

Come now the parties, by and through undersigned counsel, and hereby file this Joint Settlement Status Report per the Court's Order of August 10, 2020. (Docket Entry No. 15). The Plaintiff has made a demand and counsel for the Defendant have relayed the same. At this juncture the parties will continue their discovery efforts and will evaluate the possibility of settlement as the case progresses. The parties have considered mediation and determined that it may be a

4848-3524-0915.1

1

future possibility but prefer to make a decision in the coming months after depositions have been completed.

DATED this 1st day of December 2020.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ Brittany S.Hopper
Mark W. Peters (TN BPR # 018422)
Brittany S. Hopper (TN BPR # 031691)

DAVIS MILES McGUIRE GARDNER, PLLC
David W. Williams

*Attorneys for Defendants*

FARHANG & MEDCOFF

/s/ Roberto C. Garcia (with permission)
Roberto C. Garcia
Jacob R. Valdez

*Attorneys for Plaintiff*

4848-3524-0915.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2020, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Roberto C. Garcia
Jacob R. Valdez
FARHANG & MEDCOFF
4801 East Broadway Blvd, Suite 311
Tucson, AZ 85711
rgarcia@farhangmedcoff.com

*Attorneys for Plaintiff*

s/ Brittany S. Hopper

4848-3524-0915.1