**FARHANG & MEDCOFF**
——— ATTORNEYS ———
4801 East Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.214.2000
F: 520.214.2001

Roberto C. Garcia (#026246)
rgarcia@farhangmedcoff.com
Jacob R. Valdez (#035634)
jvaldez@farhangmedcoff.com

Attorneys for Plaintiff Mindy Stringer

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mindy Stringer, an unmarried person,<br><br>Plaintiff,<br><br>v.<br><br>Sonora Behavioral Health Hospital, LLC, a Delaware limited liability company; and Michael Tacke and John/Jane Doe Tacke, a married couple,<br><br>Defendants. | Case No. 4:20-cv-00231-JGZ<br><br>**JOINT SETTLEMENT STATUS REPORT (SECOND)** |

    Plaintiff Mindy Stringer ("Plaintiff") together with Defendants Sonora Behavioral Health Hospital, LLC and Michael Tacke (collectively, "Defendants"), by and through their respective undersigned counsel and pursuant to this Court's Scheduling Order dated August 10, 2020 [Doc. 15], submit their Second Joint Settlement Status Report.

    On January 11, 2021, this Court granted the parties' Joint Motion to Extend Certain Deadlines (First Request) [Doc. 33] and amended the Scheduling Order [Doc. 15] to reflect March 22, 2021 as the date to complete discovery.  The parties will continue their discovery efforts and will evaluate the possibility of settlement as the case progresses.  The parties further maintain that mediation may be a future possibility but prefer to decide in the coming months after depositions and further discovery have been completed.

00782570.1

RESPECTFULLY SUBMITTED this 19th day of February 2021.

| FARHANG & MEDCOFF | WALLER LANSDEN DORTCH & DAVIS |
|---|---|
| By */s/Jacob R. Valdez* | By */s/Brittany S. Hopper (w/permission)* |
| Roberto C. Garcia | Mark W. Peters |
| Jacob R. Valdez | Brittany S. Hopper |
| Attorneys for Plaintiff | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February 2021, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David W. Williams
Davis Miles McGuire Gardner
40 East Rio Salado Parkway, Suite 425
Tempe, Arizona 85281
efile.dockets@davismiles.com
dwilliams@davismiles.com

Mark W. Peters (Admitted *pro hac vice*)
Brittany Hopper
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
mark.peters@wallerlaw.com
Brittany.Hopper@wallerlaw.com
*Attorneys for Defendants*

/s/Jane Cebula

00782570.1