**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
David W. Williams, State Bar No. 022764
dwilliams@davismiles.com

*Attorney for Defendants*
*Sonora Behavioral Health Hospital, LLC*
*and Michael Tacke*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **MINDY STRINGER,** | |
| **Plaintiff,** | **CASE NO. 4:20-cv-00231-JGZ** |
| vs. | |
| **SONORA BEHAVIORAL HEALTH HOSPITAL, LLC, MICHAEL TACKE and JOHN/JANE DOE TACKE,** | **JOINT SETTLEMENT STATUS REPORT (THIRD)** |
| **Defendants.** | |

Come now the parties, by and through undersigned counsel, and pursuant to this Court's Scheduling Order dated August 10, 2020 [Doc. 15] submit their Third Joint Settlement Status Report.  Upon request by the parties and the referral of this Court, the parties will engage in a settlement conference on Wednesday, July 14, 2021, at 9:00 a.m., before Magistrate Rateau.  The conference will be held via video

4834-5869-5655.1

1

conference. The parties will engage in good-faith efforts to reach an amicable resolution.

DATED this 27th day of May, 2021.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ Brittany S. Hopper
Mark W. Peters (TN BPR # 018422)
Brittany S. Hopper (TN BPR # 031691)

DAVIS MILES McGUIRE GARDNER, PLLC
David W. Williams

*Attorneys for Defendants*

FARHANG & MEDCOFF

/s/ Roberto C. Garcia (with permission)
Roberto C. Garcia
Jacob R. Valdez

*Attorneys for Plaintiff*

4834-5869-5655.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2021, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Roberto C. Garcia
Jacob R. Valdez
FARHANG & MEDCOFF
4801 East Broadway Blvd, Suite 311
Tucson, AZ 85711
rgarcia@farhangmedcoff.com

*Attorneys for Plaintiff*

/s/ Brittany S. Hopper

4834-5869-5655.1