IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA (Tucson Division)

## CIVIL MINUTES B GENERAL

Date: July 14, 2021
Civil Case No.: CV-20-00231 TUC-JGZ
Title: Mindy Stringer v. Sonora Behavioral Health Hospital, LLC, et al.

---

Present: Hon. Jacqueline Rateau, U.S. Magistrate Judge

Courtroom Clerk: N/A
Court Reporter: N/A

By Video Conference:

PRESENT FOR PLAINTIFF:
    Robert C. Garcia, Esq.
    Jacob Ryan Valdez, Esq.
    Plaintiff Mindy Stringer

PRESENT FOR DEFENDANTS:
    Brittany S. Hopper, Esq.
    Defendant Michael Tacke
    Representatives for Defendant Sonora Behavioral Health Hospital

---

PROCEEDINGS:  _____Open Court   \_\_X\_\_Chambers   _____Other

    A video settlement conference was held via Zoom before Magistrate Judge Rateau.

    The parties reached a settlement and exchanged emails regarding the terms.

    Confirmation emails were sent to the Court and will be retained until the case is dismissed.

    The parties shall file a Stipulated Dismissal within 5 business days of Plaintiff receiving settlement funds.

SETTLEMENT CONFERENCE (6.25 hours)

Hearing Start Time:   9:00 a.m.
Hearing End Time:     3:15 p.m.