# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mindy Stringer, | No. CV-20-00231-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Sonora Behavioral Health Hospital LLC, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Dismiss with Prejudice (Doc. 48) is **GRANTED**.

**IT IS FURTHER ORDERED** that each party shall bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

The Clerk of Court is directed to close the file in this action.

Dated this 2nd day of August, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge